UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZACHARY NELSON,

                        Petitioner,

    v.

WILLIAM VAN HOOK,

                    Respondent.

CASE NO. C17-780-JCC-BAT

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

      This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed (Dkt. 5.) is therefore GRANTED.  The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

      DATED this 21st day of June, 2017.

                                     _____
                                     BRIAN A. TSUCHIDA
                                     United States Magistrate Judge